CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 17177
Dennis Price, SBN 279082
Mary Melton, Esq., SBN 164407
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Alison D. Henry,** guardian of the estate of Katrina Giannini; **Geraldine F. Kenney**; and Does 1-10, <br><br> Defendants | Case No.: 5:17-CV-04420-HRL <br><br> **JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

1  Dated: 1/23/18                    CENTER FOR DISABILITY ACCESS

2
                                     By:  /s/ Dennis Price
3                                         Dennis Price
                                          Attorney for Plaintiff
4

5  Dated: 1/23/18

6

7                                    By:  /s/ Tyler Paetkau
                                          Tyler Paetkau
8                                         Attorney for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Tyler Paetkau, counsel for Alison D. Henry and Geraldine F. Kenney, and that I have obtained Mr. Paetkau authorization to affix his electronic signature to this document.

Dated: 1/23/18                    CENTER FOR DISABILITY ACCESS

                                  By:/s/ Dennis Price
                                      Dennis Price
                                      Attorneys for Plaintiff